SLAVIN *v*. MAYOR, ETC., OF THE CITY OF NEW YORK.

*(Superior Court of New York City, General Term. June, 1888.)*

DEFECTIVE SIDEWALKS—EVIDENCE.

In an action for injuries alleged to have been caused by slipping on ice negligently allowed to remain on an unsafely graded sidewalk, where there is no evidence as to the cause of plaintiff's slipping, a judgment for defendant is proper.

Appeal from jury term.

Action by Ann Slavin against the mayor, aldermen, and commonalty of the city of New York, for personal injuries. Judgment on verdict for defendant, plaintiff's motion for new trial denied, and she appeals.

Argued before SEDGWICK, C. J., and FREEDMAN, J.

*Thomas Nolan*, for appellant. *Thomas P. Wickes*, for respondent.

SEDGWICK, J. The action is for damages to the plaintiff from her slipping upon ice that had been negligently suffered to remain upon a sidewalk of unsafe grading. The plaintiff gave no testimony to show that her slipping, she testifying that she did slip, was caused by the ice upon the sidewalk, or the grading of the sidewalk. She testified that she slipped and fell on the sidewalk, and that there was ice between the stones that formed the pavement. The cause of her slipping she does not allude to, and she does not say that she slipped upon ice. Perhaps upon the trial she testified to other things. On this appeal the case is the only resort for the testimony. There are other reasons for the appellant's having no right to a reversal of the judgment. It appears, however, that she had no cause of action upon the merits. Judgment and order appealed from affirmed, with costs. All concur.